**Opinion issued September 29, 2020**



In The

# Court of Appeals

### For The

# First District of Texas

———————————

### NO. 01-20-00559-CV

———————————

## IN RE ADRIENE LEWIS SIBLEY, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Adriene Lewis Sibley, has filed a petition for writ of mandamus challenging the trial court's judgment in a "tax suit." In two issues, relator contends that the trial court "lacked subject matter jurisdiction" when rendering its judgment "because the taxes are currently not delinquent" and that the trial court's judgment is void as against public policy." [1]

---

[1] The underlying case is *Brazoria County, Brazosport College, Brazosport Independent School District, City of Freeport, Port Freeport, Special Road and*

We deny the petition.

**PER CURIAM**

Panel consists of Justices Kelly, Goodman, and Countiss.

---

*Bridge District, and Velasco Drainage District v. Margie Lewis a/k/a Margaret Bell Lewis, Any Unknown Heirs, Successors or Assigns, or Other Unknown Owners, Adverse Claimants Owning or Claiming Any Legal or Equitable Interest in and to Such Property, Adriene G. Lewis, Any Unknown Heirs, Successors or Assigns, or Other Unknown Owners, Adverse Claimants Owning or Claiming Any Legal or Equitable Interest in and to Such Property, Dushay D. Lewis (Heir of Margie Lewis), Donyll Dwayne Lewis (Heir of Margie Lewis), Any Unknown Heirs, Successors or Assigns, or Other Unknown Owners, Adverse Claimants Owning or Claiming Any Legal or Equitable Interest in and to Such Property, and Johnell Allen Lewis (Heir Margie Lewis), Any Unknown Heirs, Successors or Assigns, or Other Unknown Owners, Adverse Claimants Owning or Claiming Any Legal or Equitable Interest in and to Such Property*, Cause No. 91447-T, pending in the 239th District Court of Brazoria County, Texas, the Honorable Patrick Sebesta presiding.